Petition to proceed in forma pauperis

I, Adam W Winslow-Alps move to proceed in forma pauperis in U.S. District Court, District of Massachusetts. I am including financial statement, also signed under penalty of perjury. Due to inability to get at my funds, thru no fault of mine (didl is blocking) I am unable to pay these fees at the present time. The case had to has merit. The matter has been filed before but never really heard as habeas corpus while imprisoned. I also of $235 $M 235 Marshal's Service.

Affirmed under penalty of perjury, Feb 24, 2005

A.P.W. Winslow-Alps

Financial Affidavit

IFP, United States [illegible]
[illegible] our first class, Springfield

[illegible] cap by EPA [illegible] Aps, pool [illegible]
Plaintiff
v.
1. Sears, MD
2. Park View Spec. Hosp.
3. assorted personnel ev al.

unit 2A
Park View Spec. Hosp.
1400 State Street
Springfield, MA 01109

Income & Assets
1. Bank of Nova Scotia? $100 [illegible]
   savings, from many years ago
   branch in Ottawa
2. Bank of America (Fleet) ATM-EIA
   - avail bal. Feb 15, 2005 $2355.91
   - 3 Feb service charge $5
   hosp rules preclude even [illegible]
3. possible early trust fund disclosures?
   [illegible]
   [illegible] 195/mo

[illegible signature/date] 23 Feb 2005