To: US District Court, Springfield
under 28 U.S.C. 1331 2254,
pushing a religion, non psychiatric treatment while even psychiatry is unwarranted.
There may be another hearing in Mass Ct, but even the Supreme Judicial Ct has I have not even received acknowledgement of appeal.

Alan Winslow et-Alps
Park View Specialty Hosp; RH
1400 State St.
Springfield, MA 01109
patient's pay phone (413)-732-4795

v

Sears, M.D
OEC, PVSH
assorted nurses & mental health worker, to be specified later

IFP
Pro Se

Moving for writ of Habeas Corpus, Urgent
+ Show Cause why not release
+ validation of claim for damages
>> 75,000

I was medical student. They have had 40 years to police their own kitchen and/or debrief. They haven't done it.
Imminancy - legal force, defensive / "violence" to them
[illegible] Feb 2005 Alan W Winslow et-Alps

Mass = Federal Judicial Conduct Complaint

This is a bad conduct complaint against the [illegible] District Court Judge, name not revealed, who, sitting at Worcester State Hospital on Jan. 26, 2005 found for committal and involuntary meds against me. It was not only a very bad decision, it was in violation of due process and other things. The critical thing in his decision was, apparently an affidavit signed by a Sarah Sprat MD. Said affidavit was prob. perjurious & Judge said I could see it. I asked to see it, in own defense. ~~I was~~ ~~it~~ I didn't get to see it in my own defense. This man should be removed from bench and disbarred or other just punishment, in interests of Justice.

Feb. 24, 2005 Alden W. Winslow[?]-Alps

Clerk of Court USCA - 1st Cir. Court - Please [illegible] Boston.

[illegible]