# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

ALDIN W. WINSLOWET-ALPS,

  Plaintiff

       v.                         CIVIL ACTION NO. 3: 05-30063 -MAP

SEARS, M.D., ET AL.,

  Defendant

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing the plaintiff's complaint.

                                                   SARAH A. THORNTON,
                                                   CLERK OF COURT

Dated: August 8, 2005                By /s/ *Maurice G. Lindsay*
                                                   Maurice G. Lindsay
                                                   Deputy Clerk

(Civil Judgment of Dismissal.wpd - 11/98)
    [jgm.]